

of the term of court during which notice of appeal was given is void for want of jurisdiction of the trial court to make and enter it, it is the duty of this Court to so determine.

If not passed upon in this proceeding it would appear that only in the event officers of the trial court are willing to subject themselves to the risk of being in contempt of court, in failing to observe the order purporting to suspend the execution of sentence, and writ of habeas corpus applied for, will the validity of the order of June 30, 1955, be determined by this Court.

To this I cannot agree for the reasons stated.

The order attempting to grant probation should be held void, and the judgment should be affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for a violation of the liquor law in Smith County; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.